UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICHARD YANG, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:10CV208 JCH |
| ) | |
| WILLIAM MCKINNEY, ) | |
| ) | |
| Defendant(s). ) | |

## JUDGMENT

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendant William McKinney's Motion for Summary Judgment is **GRANTED**, and Plaintiff's Amended Complaint is dismissed with prejudice.

Dated this 25th day of August, 2011.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE